UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK MAYES,

                    Plaintiff,

        v.

FEDEX CORPORATE SERVICE, et al.,

                    Defendants.

CASE NO. 2:18-cv-01816-BAT

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

 Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff

may proceed without prepayment of costs or fees or the necessity of giving security therefore.

 The Clerk is directed to send a copy of this Order to plaintiff.

 DATED this 20th day of December, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge